239 So.2d 361

Andrew EDWARDS

v.

Bernice EDWARDS et al.

No. 50777.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

239 So.2d 361

LOTT & SONS, INC.

v.

Wiley C. STRAHAN and Kaiser Federal Credit Union.

No. 50778.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the Court of Appeal judgment. Denial is without prejudice to other remedies not asserted in this petition.